HOBBS v. NATIONAL BANK OF COMMERCE OF KANSAS CITY.

(Circuit Court of Appeals, Second Circuit. April 25, 1899.)

No. 157.

1. CIRCUIT COURT OF APPEALS—AMENDMENT OF BILL OF EXCEPTIONS.
   The circuit court of appeals has no power to amend the bill of exceptions.

2. SAME—RECORD ON APPEAL—EXHIBITS.
   Exhibits marked on the trial are theoretically filed with the clerk, and become a part of the record; and, if they are omitted from the transcript, the circuit court of appeals will direct them to be returned, under Rule 14, subd. 3 (31 C. C. A. clvii.; 90 Fed. clvii.), providing that no case will be heard, except on a record complete in itself.

In Error to the Circuit Court of the United States for the Northern District of New York.

On motion by Edward A. Hobbs, plaintiff in error, to amend the bill of exceptions, to insert matter in transcript of the record, and for other and further relief.

Alpheus Bulkeley, for the motion.

Omar Powell, opposed.

Before LACOMBE and SHIPMAN, Circuit Judges, and THOMAS, District Judge.

PER CURIAM. This court has no power to amend the bill of exceptions. It appears, however, that the transcript of record does not contain all the exhibits filed with the clerk of the circuit court. In practice, upon the trial of a cause exhibits are marked, and then returned to the party offering them, and retained by him; but, theoretically, when marked they are filed with the clerk, and become part of the record in the circuit court. It is not disputed that among the exhibits thus filed in this cause there should be found a document marked "Exhibit 3," and purporting to be the articles of association of the Western Farm Mortgage Trust Company, of Lawrence, Kan. Rule 14, subd. 3 (31 C. C. A. clvii., 90 Fed. clvii.) provides:

"No case will be heard until a complete record, containing in itself, and not by reference, all the papers, exhibits, depositions, and other proceedings, which are necessary to the hearing in this court, shall be filed."

The plaintiff in error may therefore take an order directing the clerk of the circuit court to return such exhibit to this court, and directing the clerk of this court to print the same as a part of the record in this cause.